# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHARLES BLACKWELL,

        Plaintiff(s),          Case No. 21-12284

v.          Honorable Linda V. Parker

JAMES PETER ALLEN, et al.

        Defendant(s).
_____/

## ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: September 29, 2021          s/Linda V. Parker
         Linda V. Parker
         U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Mark A. Goldsmith. Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: September 29, 2021          s/N. Ahmed
         Deputy Clerk