# EXHIBIT 1

9/11/21, 5:12 PM                                                Gmail - Picture of James P. Allen and David Jones

                                                                                          Susana Hamad <susanahamad2@gmail.com>

## Picture of James P. Allen and David Jones

**James Allen** <JamesAllen@allenbrotherspllc.com>                                           Thu, Aug 19, 2021 at 12:43 AM
To: Susana Hamad <susanahamad2@gmail.com>

Yo Kev...I mean limp Chuck Whocan't ****....just finished, you piece of garbage with no life. I couldn't help it. It was fantastic and I did think of you but only to feel pity and get a hearty laugh at your, well, obvious deficiencies. I mean, it isn't always the case that fellas like me from the place you are from can say that it's YOU have a chance in hell of competing even if your tongue works half as well as even an over-the-hill boy as the best part of me does. Anyways, limp Chuckie, sweet dreams. Right. Dreams. If you are supremely lucky That's the best you'll ever do, even if the washed up loser crook you are working for gives you enough of his product to have those dreams. So keep it up, Limp Chuckie Darkbad. I promise you, whatever you do won't cost me a penny. But it will serve as a reminder to me to remind you that not even Dr. Hims and the blues can help you. This washed up hack grey haired mother fucker will be closer to Wilt than you. Not because size matters but because God recognized evil and sentenced you to sit while people like me run free and spread our DNA into the universe like you CAN'T. Haha Reek. Sit down and stay down where that bullet justly put you, punk. Back to your regularly scheduled sit down.

Ps: no knuckles worn out in my shoes, Kev. Thanks to you, Wheelboy, I got money to buy us both a pair of gators, not that yours will ever see the pavement. The more you play, moreover, the better for me. And you teaming up with your crusading friends? That's music to my ears. All I can say, Kevin, is more more more. We love people like you. My children thank you, in fact, for the college money. Without you, Kevin, and your diamond points, there is no us. From the bottom of my satisfied self's contented heart, thank you for the many hours you keep my colleagues occupied. The Allen-Jones Family educational scholarship fund thanks you as well.

Well Kev, sweet dreams. May your dreams be half as good as the reality you and your malcontented piece of horse dung cohorts provide for me and Potna Jones.

Sent from my iPhone


> On Aug 18, 2021, at 6:37 PM, James Allen <JamesAllen@allenbrotherspllc.com> wrote:
>
>
> That's funny, Kev…I mean Chuck Whocan't ****. I prefer Tracey Morgan, though, for my parody and satire.
>
>
> Well, at least I know now that blond isn't an improvement on the greys.
>
>
> Time for me to stand up and take a walk. I love to walk. And run. And do other things that others can't. God doth have a great sense of humor and, in your case, a keen sense of justice. Whatever it is that you think you can do to us, keep in mind that it won't help you. Whatever jollies you are getting is no replacement for what God justly ordained to take from you. Accounts come and go for us. We win some we lose some. We carry on together as brothers. At the end of the day, I still have my brother/partner. But you, you cowardly piece of filth that God has justly condemned as He has and who doesn't have the courage to use his real name, will be where you are today for as long as you draw breath. I won't be thinking of you later tonight when I do that thing that you can't. In fact, when I'm done, I'll have yet another good laugh reflecting on the fact that you can't and never will. And whatever you think you can and will do to me and my partner, won't change any of that. You won't succeed, but even if you do, I want you to know that I know that you are where you are because you so clearly and richly deserve to be there.
>
>
> **From:** Susana Hamad <susanahamad2@gmail.com>
> **Sent:** Wednesday, August 18, 2021 4:19 PM

9/11/21, 5:12 PM  Gmail - Picture of James P. Allen and David Jones

**To:** rfaraj@hamtramckcity.com; James Allen <JamesAllen@allenbrotherspllc.com>; Harry Kalogerakos <kalo@allenbrotherspllc.com>; David Jones <DJones@allenbrotherspllc.com>; kangerer@hamtramckcity.com; fal-marsoumi@hamtramckcity.com; kmajewski@hamtramckcity.com; malsomiri@hamtramckcity.com; mhassan@hamtramckcity.com; nchoudhury@hamtramckcity.com; salmasmari@hamtramckcity.com
**Subject:** Picture of James P. Allen and David Jones

<image001.png>



image001.png
592K

 Gmail

Susana Hamad <susanahamad2@gmail.com>

## Picture of James P. Allen and David Jones

**James Allen** <JamesAllen@allenbrotherspllc.com>  
To: Susana Hamad <susanahamad2@gmail.com>

Thu, Aug 19, 2021 at 1:11 AM

Who the ******* now ****** ******? Lololol. Saw you seated today and yesterday and will see you seated for as long as the Good Lord sentenced you. I don't deserve what you think you are giving, But you surely deserved that bullet God sent to put you where you are when you read this and where you will ALWAYS be, haha, unable to be the man you ever were. How fitting for such a coward. Please please please send these emails to people and say I should be cancelled for dogging a pathetic little wheelboy like you out. I dare you. I beg you, cowardly punk. How rotten of you to use an Arabic name for this. Come on back at me. Go find a Susana Hamad willng to admit they sent what you did.

Sent from my iPhone

> On Aug 19, 2021, at 12:43 AM, James Allen <JamesAllen@allenbrotherspllc.com> wrote:
>
> Yo Kev...I mean limp Chuck Whocan't ****....just finished, you piece of garbage with no life. I couldn't help it. It was fantastic and I did think of you but only to feel pity and get a hearty laugh at your, well, obvious deficiencies. I mean, it isn't always the case that fellas like me from the place you are from can say that it's YOU have a chance in hell of competing even if your tongue works half as well as even an over-the-hill boy as the best part of me does. Anyways, limp Chuckie, sweet dreams. Right. Dreams. If you are supremely lucky That's the best you'll ever do, even if the washed up loser crook you are working for gives you enough of his product to have those dreams. So keep it up, Limp Chuckie Darkbad. I promise you, whatever you do won't cost me a penny. But it will serve as a reminder to me to remind you that not even Dr. Hims and the blues can help you. This washed up hack grey haired mother fucker will be closer to Wilt than you. Not because size matters but because God recognized evil and sentenced you to sit while people like me run free and spread our DNA into the universe like you CAN'T. Haha Reek. Sit down and stay down where that bullet justly put you, punk. Back to your regularly scheduled sit down.
> [Quoted text hidden]