# EXHIBIT 2

 Gmail

Susana Hamad <susanahamad2@gmail.com>

## ATTN ATTORNEY DISCIPLINE BOARD: (P52885) James P. Allen Inappropiate Conduct

**Susana Hamad** <susanahamad2@gmail.com>  Tue, Aug 24, 2021 at 10:12 AM
To: armitage@adbmich.org, neeley@adbmich.org, daley@adbmich.org

Hello

Mark A. Armitage
Executive Director and General Counsel

Wendy A. Neeley
Deputy Director

Karen M. Daley
Associate Counsel

Please see emails of (P52885) James P. Allen Sr.

RULE 9.104(2) GROUNDS FOR DISCIPLINE IN GENERAL states:

(2) conduct that exposes the legal profession or the courts to obloquy, contempt, censure, or reproach;

The conduct displayed in these emails violates this and Attorney James P. Allen Sr. should be investigated.

---

**3 attachments**


📄 Gmail - Picture of James P. Allen and David Jones2.pdf
66K

📄 Gmail - Picture of James P. Allen and David Jones.pdf
59K


📄 Gmail - muhakat sakhira_ Allen Brothers City Attorney James Allen.pdf
62K