UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES BLACKWELL,   Case No. 21-12284
                    HON. MARK A. GOLDSMITH

    Plaintiff,

v.

CITY OF HAMTRAMCK, and
JAMES PETER ALLEN, SR.,

    Defendants.
_____/

APPEARANCE

Asma Al-Khshali (P84814) of Schenk & Bruetsch PLC enters her Appearance on behalf of Defendant, City of Hamtramck, only.

Respectfully submitted:

/s/ Asma Al-Khshali
Schenk & Bruetsch PLC
211 West Fort, Suite 1410
Detroit, MI 48226
(313) 774-1000
Asma.Al-Khshali@SBDetroit.com
P84814
*Attorneys for City of Hamtramck only*

February 15, 2022

CERTIFICATE OF SERVICE

On February 15, 2022, I served a copy of the foregoing document by filing the same with the Court using the ECF System, which will send notice of this filing to all registered users that have appeared in this action.

Respectfully submitted:

/s/ Asma Al-Khshali
Schenk & Bruetsch PLC
211 West Fort, Suite 1410
Detroit, MI 48226
(313) 774-1000
Asma.Al-Khshali@SBDetroit.com
P84814
*Attorneys for City of Hamtramck only*

February 15, 2022