UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES BLACKWELL,

    Plaintiff,

Civil Action No. 21-cv-12284

vs.

HON. MARK A. GOLDSMITH

JAMES PETER ALLEN, et al.,

    Defendants.

_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date.

The case is closed.

                        KINIKIA ESSIX
                        CLERK OF THE COURT

          By:    s/Karri Sandusky
                  DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: March 14, 2022