UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Charles Blackwell

      Plaintiff(s),      Case No. 21-cv-12284

v.              Mark A. Goldsmith

James Peter Allen, et al.      Kimberly G. Altman

      Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that **Charles Blackwell, Plaintiff** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment   ☐ Order

☐ Other: _____

entered in this action on **March 14, 2022**.

Date: April 11, 2022        /s/ Hannah R. Fielstra

Counsel is: RETAINED       HANNAH R. FIELSTRA (P82101)
                 Ernst Charara & Lovell, PLC
                 645 Griswold, Suite 4100
                 Detroit, MI 48226
                 (313) 965-5555
                 hannah@ecllawfirm.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.